IN THE UNITED STATES DISTRICT COURT
FOR THE SOUTHERN DISTRICT OF TEXAS
HOUSTON DIVISION

| | | |
|---|---|---|
| GHANIA BRAKCHI, | § § § | |
| Plaintiff, | § § | |
| v. | § § § | CASE NO. 17-CV-01926 |
| CONSULATE GENERAL OF THE STATE OF QATAR, | § § § § | |
| Defendant. | § | |

**NOTICE OF NON-OPPOSITION TO
PLAINTIFF'S MOTION TO STAY PROCEEDINGS**

Consulate General of the State of Qatar ("Defendant") hereby files its Notice of Non-Opposition to Plaintiff's Motion to Stay Proceedings [Dkt. 36].

Without waiving any objections and responses to Plaintiff's arguments regarding the arbitrability of her claims, Defendant states that it does not oppose the relief sought in Plaintiff's Motion to Stay Proceedings [Dkt. 36].

Respectfully submitted,

REED SMITH LLP

By: */s/ Mark D. Temple*
    Mark D. Temple
    State Bar No. 00794727
    Federal ID No. 19552
    mtemple@reedsmith.com
    811 Main Street, Suite 1700
    Houston, Texas 77002-6110
    (713) 469-3800 - Telephone
    (713) 469-3899 - Facsimile

    ATTORNEY-IN-CHARGE

    Of Counsel:

    Paige T. Bennett
    State Bar No. 24097366
    Federal ID No. 2781817
    pbennett@reedsmith.com
    811 Main Street, Suite 1700
    Houston, Texas 77002-6110
    (713) 469-3800 Telephone
    (713) 469-3899 Facsimile
    - and -
    Sasha Begum
    State Bar No. 24055159
    sasha@sbegumlaw.com
    Sasha Begum Law PLLC
    5826 Interstate 10 Frontage Road
    San Antonio, texas 78201
    (210) 780 780-6022 Telephone

    ATTORNEYS FOR DEFENDANT

- 3 -

## **CERTIFICATE OF SERVICE**

    I certify that a true and correct copy of the foregoing has been filed and served on all counsel of record, electronically via the CM/ECF System on this the 12th day of October, 2018.

                                                       */s/ Mark D. Temple*
                                                        Mark D. Temple